On appellant's petition for reconsideration filed May 11, and respondent's response to petition for reconsideration filed May 14, reconsideration allowed; opinion (235 Or App 217, 230 P3d 946) clarified and adhered to as clarified June 9, 2010

In the Matter of the Marriage of

Bret M. HIXSON,
*Petitioner-Respondent,*
*and*

Debralee HIXSON,
*Respondent-Appellant.*

Benton County Circuit Court
0530571; A136730

232 P3d 996

John L. Barlow and Barnhisel Willis Barlow & Stephens, PC, for petition.

Pamela S. Hediger, Laurie J. Hart, and Evashevski, Elliott, Cihak & Hediger, P.C., for response.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

Wife has filed a petition for reconsideration of our opinion in this marital dissolution case, requesting clarification of our disposition. The dissolution judgment awarded wife an equalizing judgment of $25,777. In our previous opinion, 235 Or App 217, 230 P3d 946 (2010), we ordered a modification of the property division to provide wife with an additional $140,800, as wife's just and proper share of the marital appreciation of husband's veterinary clinic. Our disposition stated: "Dissolution judgment modified to award wife an additional $140,800, to be paid in monthly installments over 10 years; otherwise affirmed."

In her petition for reconsideration, wife notes that, in his reply brief, husband conceded that wife was entitled an equal share of the after-tax balance of his profit-sharing account, $29,384, and that the judgment should be revised accordingly. Wife inquires whether this court also intends for husband to pay that amount in addition to the original equalizing judgment of $25,777 and the additional $140,800 awarded in our disposition. We conclude that the current disposition reflects a just and proper division of the marital property and adhere to it. Thus, the total equalizing judgment is $166,577, to be paid in monthly installments over 10 years.

Reconsideration allowed; opinion clarified and adhered to as clarified.